UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13

    BRUCE M. MINES

                                         Bankruptcy No. 24-10910-AMC

               Debtor

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 03/19/2024.

3.      This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to comply with 11 U.S.C. Section 521(a)(1)(B)(iv) by not
  filing copies of all payment advices or other evidence of payment received within 60
  days before the filing of the petition by debtor(s) from any employer of debtor(s).

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors
  pursuant to 11 U.S.C. Section 1307(c)(1).

- Debtor(s) has/have failed to commence or continue making timely payments to the
  trustee as required by 11 U.S.C. Section 1326.

- Debtor(s) has/have failed to provide, not later than 7 days before the date first set for
  the first meeting of creditors, a copy of the Federal income tax return required by 11
  U.S.C. Section 521(e)(2).

      WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 08/12/2024                Respectfully submitted,

                                  */s/ Kenneth E. West, Esq.*

                                  Kenneth E. West, Esq.
                                  Standing Chapter 13 Trustee
                                  P.O. Box 40837
                                  Philadelphia, PA  19107
                                  Telephone: (215) 627-1377