# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: Bruce M. Mines                             Case No. 24-10910-amc

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XI | U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Fay Servicing, LLC**
**PO Box 814609**
**Dallas, TX 75381-4609**

Court Claim # (if known): 4-1
Amount of Claim: $80,928.06
Date Claim Filed: 07/22/2024

Phone: (800) 495-7166
Last Four Digits of Acct # 5988

Phone: 312-291-3781
Last Four Digits of Acct # 5988

Name and Address where transferee payments should be sent (if different from above):
**Fay Servicing, LLC**
**PO Box 814609**
**Dallas, TX 75381-4609**

Phone: (800) 495-7166
Last Four Digits of Acct #: 5988

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Dane Exnowski                             Date: 09/25/2024
Authorized Agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

| | |
|---|---|
| In Re:<br>Bruce M. Mines | Bankruptcy Case No.:  24-10910-amc |
| | Chapter:  13 |
| | Judge:  Ashely M. Chan |

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Bruce M. Mines
1837 E Pastorius St
Philadelphia, PA 19138-1203

Michael A. Cibik                                  (served via ECF Notification)
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Kenneth E. West, Trustee                          (served via ECF Notification)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee                             (served via ECF Notification)
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   09/25/2024          By:   /s/Dane Exnowski
                    (date)                Dane Exnowski
                                          Authorized Agent for Transferee