United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10910-amc |
| Bruce M. Mines | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 23, 2024 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bruce M. Mines, 1837 E Pastorius St, Philadelphia, PA 19138-1203 |
| 14868458 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14868461 | U.S. Bank N.A., 211 N Front St, Harrisburg, PA 17101-1406 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Sep 23 2024 23:51:05 | U.S. Bank National Association, not in its individ, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| 14916523 | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14868450 | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14919994 | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, S, Philadelphia, PA 19102 |
| 14868451 | Email/Text: bankruptcy@philapark.org | Sep 23 2024 23:53:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14868452 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2024 23:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14868453 | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2024 00:08:26 | LVNV Funding LLC, Attn: Bankruptcy, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 14891501 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2024 00:08:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868454 | + Email/Text: bankruptcygroup@peco-energy.com | Sep 23 2024 23:53:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14868455 | Email/Text: fesbank@attorneygeneral.gov | | |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: Sep 23, 2024      Form ID: pdf900      Total Noticed: 22

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 23 2024 23:53:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14868456 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14868457 | ^ MEBN | | Sep 23 2024 23:51:08 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14868459 | | Email/Text: bankruptcy@philapark.org | Sep 23 2024 23:53:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14868460 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 23 2024 23:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14908471 | ^ MEBN | | Sep 23 2024 23:50:54 | U.S. Bank National Association, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14899247 | ^ MEBN | | Sep 23 2024 23:51:05 | U.S. Bank National Association, c/o Joshua I. Goldman, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, Fl 32312-3858 |
| 14868462 | ^ MEBN | | Sep 23 2024 23:50:58 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                          User: admin                                    Page 3 of 3

Date Rcvd: Sep 23, 2024                       Form ID: pdf900                          Total Noticed: 22

KENNETH E. WEST

        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK

        on behalf of Debtor Bruce M. Mines help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          |   Chapter 13
    BRUCE M. MINES                         |
                                                |   Bankruptcy No. 24-10910-AMC
                                                |
              Debtor         |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 20, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge